# UNITED STATES DISTRICT COURT
## Eastern District of Arkansas

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
AUG 20 2012
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

| UNITED STATES OF AMERICA | Judgment in a Criminal Case |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| ALGLISTER D. MOORE | Case No.  4:06CR00206 JLH |
| | USM No.  24190-006 |
| | Lisa G. Peters |
| | Defendant's Attorney |

**THE DEFENDANT:**

X admitted guilt to violation of condition(s)  Special, General  of the term of supervision.

☐ was found in violation of condition(s)  _____  after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Special | Failure to participate in drug treatment program as directed | July 19, 2012 |
| Special | Failure to satisfy $100 special penalty assessment | August 8, 2012 |
| General | Violation of federal, state, or local law | May 20, 2011 |
| General | Unlawful use of a controlled substance | August 3, 2012 |

The defendant is sentenced as provided in pages 2 through  2  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s)  _____  and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 2253

Defendant's Year of Birth:  1970

City and State of Defendant's Residence:
Little Rock, Arkansas

August 20, 2012
Date of Imposition of Judgment

_____
Signature of Judge

**J. Leon Holmes, United States District Judge**
Name and Title of Judge

August 20, 2012
Date

Judgment — Page 2 of 2

DEFENDANT: ALGLISTER D. MOORE
CASE NUMBER: 4:06CR00206 JLH

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :

### EIGHT (8) MONTHS with no term of supervised release to follow

X    The court makes the following recommendations to the Bureau of Prisons:

**The Court recommends defendant participate in nonresidential substance abuse treatment during incarceration. The Court further recommends placement in a BOP facility closest to defendant's home in Little Rock, Arkansas.**

X    The defendant is remanded to the custody of the United States Marshal.

☐    The defendant shall surrender to the United States Marshal for this district:

     ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

     ☐ as notified by the United States Marshal.

☐    The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

     ☐ before 2 p.m. on _____ .

     ☐ as notified by the United States Marshal.

     ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL